UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY L. PULLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:13-cv-01690-RLY-DKL |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**ENTRY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Kathy L. Pullins, brought suit against Defendant, Carolyn Colvin, acting Commissioner of Social Security, for review of her denial of social security benefits. The court referred the matter to the Magistrate Judge, who issued her report and recommendation. The Magistrate Judge concluded that the ALJ's decision was supported by substantial evidence. Neither party objects. After review, the court **ADOPTS** the Magistrate Judge's report and recommendation (Filing No. 24) and **AFFIRMS** the ALJ.

**SO ORDERED** this 2nd day of March 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.